1 Lawrence J. Gornick (SBN 136290)
2 Emily Charley (SBN 238542)
**LEVIN SIMES KAISER & GORNICK LLP**
3 One Bush Street, 14th Floor
San Francisco, California 94104
4 Tel: (415) 646-7160
Fax: (415) 981-1270
5

6

7

8                    UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| DEBORAH READ, ) | No. C 06 01431 JSW |
| ) | |
| Plaintiff, ) | Before the Honorable JEFFREY S. WHITE |
| ) | |
| ) | [PROPOSED] ORDER VACATING |
| vs. ) | AND/OR CONTINUING CASE |
| ) | MANAGEMENT CONFERENCE |
| ELI LILLY AND COMPANY, ) | |
| ) | Conference Date:    JUNE 16, 2006 |
| Defendant. ) | Conference Time:    1:30 p.m. |
| ) | Location:    Courtroom 2,17TH Fl. |

For the reasons set forth in Plaintiff's Case Management Conference Statement, the Court

hereby continues the JUNE 16, 2006 Case Management Conference ("CMC") to

December 8, 2006          , at 1:30 p.m.   . In the event the case is not transferred to the Honorable

Claudia Wilken and/or the Eastern District of New York as part of MDL No. 1596 – *In re Zyprexa*

*Liability Litigation*, far enough in advance of the new CMC date, the parties shall file a Joint CMC

Statement at least 5 court days before the CMC, pursuant to this Court's Standing Order.

Plaintiff is HEREBY ORDERED to serve Defendant within 120 days of the date of this
Order.

**IT IS SO ORDERED**

DATED:  June 9, 2006

_____
HONORABLE JEFFREY S. WHITE
United States District Court Judge