JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 1 6 2006

FILED
CLERK'S OFFICE

# DOCKET NO. 1596

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-54)

On April 14, 2004, the Panel transferred six civil actions to the United States District Court for the Eastern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 1,077 additional actions have been transferred to the Eastern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Jack B. Weinstein.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of New York and assigned to Judge Weinstein.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of New York for the reasons stated in the order of April 14, 2004, 314 F.Supp.2d 1380 (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable Jack B. Weinstein.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of New York. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Catherine D. Maida
Catherine D. Maida
Acting Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JUL - 5 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

July 5, 2006

Robert C. Heinemann, Clerk
130 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Re: MDL-1596 -- In re Zyprexa Products Liability Litigation

(See Attached CTO-54)

Dear Mr. Heinemann:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on June 16, 2006. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By: Mecca S. Carter
Deputy Clerk

Attachment

cc: Transferee Judge:    Judge Jack B. Weinstein
    Transferor Judges:   (See Attached List of Judges)
    Transferor Clerks:   (See Attached List of Clerks)

JPML Form 36



# INVOLVED COUNSEL LIST (CTO-54)
## DOCKET NO. 1596
## IN RE ZYPREXA PRODUCT LIABILITY LITIGATION

Samuel J. Abate, Jr.
McCarter & English, L.L.P.
245 Park Avenue, 27th Floor
New York, NY 10167

Kurt Brynilde Arnold
Arnold & Itkin, LLP
700 Louisiana Street
Suite 4700
Houston, TX 77002

Neville H. Boschert
Watkins, Ludlam, Winter &
Stennis, P.A.
P.O. Box 427
Jackson, MS 39205-0427

Thomas F. Campion, Jr.
Drinker, Biddle & Reath, L.L.P.
500 Campus Drive
Florham Park, NJ 07932-1047

Colleen T. Davies
Reed Smith, LLP
1999 Harrison Street, Suite 2400
P.O. Box 2084
Oakland, CA 94612-3572

Bahar Dejban
Law Offices of Shawn Khorrami
14550 Haynes Street
3rd Floor
Van Nuys, CA 91411

Kathleen Anne Frazier
Shook, Hardy & Bacon, LLP
600 Travis Street
Suite 1600
Houston, TX 77002

Dominic Frinzi
Dominic H. Frinzi Law Office
2825 N. Colonial Drive
Milwaukee, WI 53222-4532

Nina M. Gussack
Pepper Hamilton, LLP
3000 Two Logan Square
18th & Arch Street
Philadelphia, PA 19103-2799

Brian S. Kabateck
Kabateck, Brown, Kellner
350 S. Grand Avenue
39th Floor
Los Angeles, CA 90071

Jeffrey A. Kaiser
Levin, Simes, Kaiser
& Gornick, LLP
1 Bush Street
14th Floor
San Francisco, CA 94104-4425

Michael P. Malone
Hinshaw & Culbertson LLP
100 E. Wisconsin Avenue
Suite 2600
Milwaukee, WI 53202-4115

Alan Daniel Mathis
Johnston, Barton, Proctor
& Powell, LLP
AmSouth/Harbert Plaza
1901 6th Avenue North
Suite 2900
Birmingham, AL 35203-2618

David P. Matthews
Abraham, Watkins, Nichols, Sorrels
Matthews & Friend
800 Commerce Street
Houston, TX 77002-1776

Ted G. Meadows
Beasley, Allen, Crow, Methvin,
Portis & Miles, PC
200 Coosa Street
P.O. Box 4160
Montgomery, AL 36103-4160

Adam B. Michaels
Pepper Hamilton, LLP
2 Logan Square
Suite 3000
Philadelphia, PA 19103-2799

Douglas M. Poland
Godfrey & Kahn
780 N. Water St.
Milwaukee, WI 53202-3590

Christopher A. Seeger
Seeger Weiss, LLP
550 Broad Street
Suite 920
Newark, NJ 07102

Joseph L. Tucker
Jackson & Tucker, P.C.
Black Diamond Building
2229 First Avenue North
Birmingham, AL 35203-4203

Ernest Franklin Woodson, Jr.
Beasley, Allen, Crow, Methvin,
Portis & Miles, PC
218 Commerce Street
P.O. Box 4160
Montgomery, AL 36103-4160

Frank Woodson
Beasley, Allen, Crow, Methvin,
Portis & Miles, PC
P.O. Box 4160
Montgomery, AL 36103-4160

Michael Kevin Wright
Starnes & Atchison, LLP
P.O. Box 598512
Birmingham, AL 35259-8512

# INVOLVED JUDGES LIST (CTO-54)
# DOCKET NO. 1596
# IN RE ZYPREXA PRODUCT LIABILITY LITIGATION

Hon. W. Harold Albritton, III
Senior U.S. District Judge
P.O. Box 629
Montgomery, AL 36101-0629

Hon. Saundra Brown Armstrong
U.S. District Judge
390-C Ronald V. Dellums Federal Building
1301 Clay Street
Oakland, CA 94612-5217

Hon. Maxine M. Chesney
U.S. District Judge
Phillip Burton U.S. Courthouse
19th Floor
450 Golden Gate Avenue
San Francisco, CA 94102-3434

Hon. Charles N. Clevert, Jr.
U.S. District Judge
208 U.S. Courthouse & Federal Building
517 East Wisconsin Avenue
Milwaukee, WI 53202

Hon. Samuel Conti
Senior U.S. District Judge
U.S. District Court
P.O. Box 36060
San Francisco, CA 94102-3434

Hon. Louis Guirola, Jr.
U.S. District Judge
United States District Court
814 Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street
Gulfport, MS 39501

Hon. Phyllis J. Hamilton
U.S. District Judge
Phillip Burton U.S. Courthouse
450 Golden Gate Avenue
17th Floor
San Francisco, CA 94102-3434

Hon. Maria-Elena James
U.S. Magistrate Judge
15-5698 Phillip Burton U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102-3434

Hon. Martin J. Jenkins
U.S. District Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Ave.
San Francisco, CA 94102-3434

Hon. Inge P. Johnson
U.S. District Judge
361 Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Hon. Elizabeth D. Laporte
U.S. Magistrate Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue, 15th Floor
San Francisco, CA 94102

Hon. Vanzetta P. McPherson
U.S. Magistrate Judge
P.O. Box 1629
Montgomery, AL 36102

Hon. Marilyn Hall Patel
U.S. District Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3661

Hon. Mary Lou Robinson
U.S. District Judge
226 J. Marvin Jones Federal Building
205 East Fifth Avenue
Amarillo, TX 79101

Hon. Lee H. Rosenthal
U.S. District Judge
11535 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. Myron H. Thompson
U.S. District Judge
P.O. Box 235
Montgomery, AL 36101-0235

Hon. Jeffrey S. White
U.S. District Judge
Phillip Burton U.S. Courthouse
450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102-3489

Hon. Bernard Zimmerman
U.S. Magistrate Judge
Philip Burton U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

# INVOLVED CLERKS LIST (CTO-54)
# DOCKET NO. 1596
# IN RE ZYPREXA PRODUCT LIABILITY LITIGATION

~~Debra P. Hackett, Clerk~~
~~U.S. District Court~~
~~P.O. Box 711~~
~~Montgomery, AL 36101-0711~~

J.T. Noblin, Clerk
U.S. District Court
672 Judge Dan M. Russell, Jr. U.S. Courthouse
2010 15th Street, Suite 403
Gulfport, MS 39501

Karen S. Mitchell, Clerk
J. Marvin Jones Federal Bldg.
P.O. Box F13240
205 East Fifth Avenue
Amarillo, TX 79101-1556

Michael N. Milby, Clerk
United States District Court
P.O. Box 61010
Houston, TX 77208-1010

Perry D. Mathis, Clerk
U.S. Post Office & Courthouse
101 Holmes Avenue, N.E.
Huntsville, AL 35801

Richard W. Wieking, Clerk
400-S Ronald V. Dellums
Federal Building
1301 Clay Street
Oakland, CA 94612-5212

Richard W. Wieking, Clerk
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

~~Sofron B. Nedilsky, Clerk~~
~~362 U.S. Courthouse & Federal Building~~
~~517 East Wisconsin Avenue~~
~~Milwaukee, WI 53202~~

EDpy #(s)

# SCHEDULE CTO-54 - TAG-ALONG ACTIONS
## DOCKET NO. 1596
## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

**DIST. DIV. C.A. #**           **CASE CAPTION**

**ALABAMA MIDDLE**
- ~~ALM 2 06-464~~           ~~Mattie Grant v. Eli Lilly & Co., et al.~~ Opposed 7/3/06
- ~~ALM 2 06-465~~           ~~Marie Person v. Eli Lilly & Co., et al.~~ Opposed 7/3/06
- ~~ALM 2 06-466~~           ~~Nicole Glover v. Eli Lilly & Co., et al.~~ Opposed 7/3/06
- ~~ALM 2 06-467~~           ~~Robert Frizzle v. Eli Lilly & Co., et al.~~ Opposed 7/3/06
- ~~ALM 2 06-468~~           ~~Leslie Gantt v. Eli Lilly & Co., et al.~~ Opposed 7/3/06
- ~~ALM 3 06-460~~           ~~Dorothy Wakefield v. Eli Lilly & Co., et al.~~ Opposed 7/3/06
- ~~ALM 3 06-482~~           ~~Andrea Holifield v. Eli Lilly & Co., et al.~~ Vacated 7/5/06

**ALABAMA NORTHERN**
ALN 5 06-1000           Garry Nicodemus v. Eli Lilly & Co. — 06-4611

**CALIFORNIA NORTHERN**
- CAN 3 06-1431   Deborah A. Read v. AstraZeneca Pharmaceuticals, LP, et al. — 06-4612
- CAN 3 06-1441   Edward D. Reed v. AstraZeneca Pharmaceuticals, LP, et al. — 06-4613
- CAN 3 06-1453   Cesar Sepulveda, et al. v. AstraZeneca Pharmaceuticals, LP, et al. — 06-4614
- CAN 3 06-1541   Marquetta L. Reynolds v. AstraZeneca Pharmaceuticals, LP, et al. — 06-4615
- CAN 3 06-3473   Paula Hill v. Eli Lilly & Co., et al. — 06-4616
- CAN 3 06-3474   Lisa Adamson, et al. v. Eli Lilly & Co., et al. — 06-4617
- CAN 3 06-3475   Lynn Agbuis, et al. v. Eli Lilly & Co., et al. — 06-4618
- CAN 3 06-3476   Therese Bieber, et al. v. Eli Lilly & Co., et al. — 06-4619
- CAN 3 06-3477   Kristen Kennon v. Eli Lilly & Co., et al. — 06-4620
- CAN 3 06-3480   Faezeh Askari, et al. v. Eli Lilly & Co., et al. — 06-4621
- CAN 3 06-3481   Pamela Bell v. Eli Lilly & Co., et al. — 06-4622
- CAN 3 06-3482   Irvin Allen, et al. v. Eli Lilly & Co., et al. — 06-4623
- CAN 3 06-3483   Rachel Adams, et al. v. Eli Lilly & Co., et al. — 06-4624
- CAN 4 06-1551   Margaret McClure v. AstraZeneca Pharmaceuticals, LP, et al. — 06-4625

**MISSISSIPPI SOUTHERN**
MSS 1 06-541           Sonya E. Broadnax, etc. v. Eli Lilly & Co., et al. — 06-4626

**TEXAS NORTHERN**
TXN 2 06-80           Susan Leverett v. Eli Lilly & Co. — 06-4627

**TEXAS SOUTHERN**
TXS 4 06-1798           Dora Flores v. Eli Lilly & Co. — 06-4628

**WISCONSIN EASTERN**
- ~~WIE 2 06-645~~           ~~Frances Lee Young v. Eli Lilly & Co., et al.~~ Opposed 7/5/06